IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JACOB TREVINO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00825-P |
| § | |
| **SAIA MOTOR FREIGHT LINE, LLC,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Partial Motion to Dismiss (ECF No. 20) is **GRANTED**. Plaintiff's claim of a hostile work environment under Title VII and TCHRA is **DISMISSED without prejudice**.

**SO ORDERED** on this **16th day** of **March, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE